Todd E. Kennedy, Esq.
Nevada Bar No. 6014
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Rd.
Las Vegas, NV 89120
Tel:  (702) 605-3440
Fax:  (702) 625-6367
tkennedy@kclawnv.com

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRIA HILL, | Case No.  2:18-cv-01117 |
| Plaintiff, | |
| v. | **PLAINTIFF AND DEFENDANT SANTANDER CONSUMER USA INC.'S JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| SANTANDER CONSUMER USA INC.; DOE Individuals 1-10; DOE Employees 11-2-' and ROE Corporations 21-30, | [FIRST REQUEST] |
| Defendants. | |

Plaintiff Alexandria Hill ("Plaintiff") and Defendant Santander Consumer USA Inc. (SC) (collectively, the "Parties"), by and through their respective undersigned counsel, hereby jointly stipulate for an extension of time for SC to respond to Plaintiff's Complaint.  In support of this stipulation, the parties states as follows:

1.      Plaintiff filed the Complaint on June 26, 2018.   (ECF No. 1.)   SC was served with a copy of the Summons and Complaint on or about June 29, 2018. SC's responsive pleading is due on or before July 19, 2018.

2.      SC is investigating the allegations and requires additional time within which to conduct its investigation and respond to the Complaint.

KENNEDY & COUVILLIER, PLLC
3271 E. Twain Ave.  ◆  Las Vegas, NV 89120
Ph. (702) 605-3440  ◆  FAX: (702) 625-6367
www.kclawnv.com

3. The Parties hereby stipulate to a thirty (30) day extension of time for SC to respond to the Complaint, extending SC's response date until August 20, 2018.

4. This is the first stipulation for extension of time for SC to respond to the Complaint.

5. This motion is not made for the purpose of delay, and it will not prejudice the parties. The relief requested will not affect any other litigation deadlines in this case.

WHEREFORE, for the foregoing reasons and authorities, BANA respectfully requests that the Court grant this motion and extend BANA's deadline to respond to Plaintiff's Complaint in this case until April 16, 2018.

Dated: July 17, 2018.

COGBURN LAW OFFICES                    KENNEDY & COUVILLIER


By:  /s/ Erik W. Fox                          By: /s/ Todd E. Kennedy
    JAIME S. COGBURN                       TODD E. KENNEDY
    Nevada Bar No. 8409                        Nevada Bar No. 6014
    ERIK W. FOX                                3271 E. Warm Springs Rd.
    Nevada Bar No.  8804                       Las Vegas, Nevada 89120
    2580 St. Rose Parkway                      Telephone:  702.605.3440
    Henderson, Nevada 89074                    Facsimile:  702.625.6367
    Telephone: 702.748.7777                    tkennedy@kclawnv.com
    Facsimile: 702.966.3880
    jsc@cogburnlaw.com                         Attorneys for Defendant Santander
    efox@cogburnlaw.com                        Consumer USA Inc.

    Attorneys for Plaintiff Alexandra
    Hill


IT IS SO ORDERED.


_UNITED STATES MAGISTRATE JUDGE_

DATED:  7/19/2018

Page 2 of 2