Blaec C. Croft, Esq. (*pro hac vice*)
**MCGUIREWOODS LLP**
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
Tel: (412) 667-6057
Fax: (412) 402-4187
bcroft@mcguirewoods.com

Todd E. Kennedy, Esq.
Nevada Bar No. 6014
**KENNEDY & COUVILLIER, PLLC**
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
Tel: (702) 605-3440
Fax: (702) 625-6367
tkennedy@kclawnv.com

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRIA HILL,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SANTANDER CONSUMER USA INC.; DOE Individuals 1-10; DOE Employees 11-2-' and ROE Corporations 21-30,<br><br>　　　　　Defendants.<br>_____<br>SANTANDER CONSUMER USA INC.,<br><br>　　　　　Third-Party Plaintiff,<br>　v.<br>CYNTHIA HILL,<br><br>　　　　　Third-Party Defendant. | Case No. 2:18-cv-01117-JAD-GWF<br><br>**THIRD-PARTY PLAINTIFF SANTANDER CONSUMER USA INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANT CYNTHIA HILL** |

Third Party Plaintiff Santander Consumer USA Inc. ("SC"), by and through its attorneys, pursuant to Fed. R. Civ. P. 55(b)(1), respectfully moves for entry of default judgment against Third-Party Defendant Cynthia Hill ("Hill"), and in support thereof states as follows:

1. This is an action for intentional misrepresentation, negligent misrepresentation and indemnification arising from representations made by Hill to SC. (ECF 7)

2. On August 20, 2018, SC filed a Third-Party Complaint against Hill. (ECF 7)

3. Hill was served with the Third-Party Complaint on September 20, 2018 and SC filed the Affidavit of Service on October 18, 2018. (ECF 20)

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), Hill had until October 11, 2018 to answer or otherwise respond to the Third-Party Complaint.

5. On March 27, 2019, the Clerk entered default against Hill based on her failure to answer or otherwise plead in response to the Third-Party Complaint. (ECF 26)

6. To date, Hill has not filed or served any response to the Third-Party Complaint or taken any action to indicate that she intends to defend as to the Third-Party Complaint.

7. Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, "[i]f the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person."

8. SC seeks a sum certain in the amount of $7,500.00, as set forth in the attached Affidavit of Blaec C. Croft. *See* Exhibit A.

9. To the best of SC's knowledge, Hill is not a minor, incompetent person or military service member.

WHEREFORE SC respectfully requests that the Clerk enter default judgment against Hill in the amount of $7,500.00.

Dated: July 19, 2019.

By:    */s/ Blaec C. Croft*
BLAEC C. CROFT (*admitted* p*ro hac vice*)
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, Pennsylvania 15222
Tel: (412) 667-6057
Fax: (412) 402-4187
bcroft@mcguirewoods.com

TODD E. KENNEDY
Nevada Bar No. 6014
Kennedy & Couvillier, PLLC
3271 E. Warm Springs Road
Las Vegas, Nevada 89120
Tel:  702.605.3440
Fax:  702.625.6367
tkennedy@kclawnv.com

Attorneys for Third-Party Plaintiff
Santander Consumer USA Inc.