# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRIA HILL, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:18-cv-01117-JAD-GWF |
| SANTANDER CONSUMER USA INC., Defendant. | ) Stipulation and Order Dismissing Plaintiff's Claims |
| | ) ECF No. 27 |

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Alexandria Hill ("Plaintiff") and Defendant Santander Consumer USA Inc. ("SC") (collectively, the "Parties"), hereby stipulate that all claims of Plaintiff in this action against SC, including all claims asserted in Plaintiff's Complaint, are dismissed with prejudice as to SC, with the Parties to bear their own fees and costs. SC does not dismiss its claims against Third-Party Cynthia Hill by virtue of this Stipulation.

| | |
|---|---|
| */s/ Blaec C. Croft* | */s/ Jamie S. Cogburn* |
| Blaec C Croft, Esq. | Jamie S Cogburn, Esq. |
| McGuireWoods LLP | Cogburn Law Offices |
| 260 Forbes Avenue | 2580 St. Rose Parkway, Suite 330 |
| Pittsburgh, PA 15222 | Henderson, NV 89074 |
| Phone: 412-667-6057 | Phone: (702) 748-7777 |
| Fax: 412-402-4187 | Fax: (702) 966-3880 |
| Email: bcroft@mcguirewoods.com | Email: jsc@cogburnlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: April 9, 2019 | Date: April 9, 2019 |

**ORDER**

Based on the stipulation between plaintiff and Santander Consumer USA INC. **[ECF No. 27]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL OF THE PLAINTIFF'S CLAIMS are DISMISSED** with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 23, 2019