THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRIA HILL, | Case No. 2:18-cv-01117-JAD-GWF |
| Plaintiff, | |
| v. | |
| SANTANDER CONSUMER USA INC.; DOE Individuals 1-10; DOE Employees 11-2-' and ROE Corporations 21-30, | |
| Defendants. | |
| SANTANDER CONSUMER USA INC., | |
| Third-Party Plaintiff, | |
| v. | |
| CYNTHIA HILL, | |
| Third-Party Defendant. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO
SANTANDER CONSUMER USA INC.'S THIRD-PARTY COMPLAINT**

  Pursuant to Federal Rule of Civil Procedure 41, Third-Party Plaintiff Santander Consumer USA Inc. ("SC") hereby voluntarily dismisses all individual claims of SC in this action against Third-Party Defendant Cynthia Hill, including all claims asserted in Third-Party Plaintiff's Complaint.  SC's claims are dismissed without prejudice as to Cynthia Hill, with the Parties to bear their own fees and costs.

Dated:  December 31, 2019        Respectfully submitted,

        */s/ Blaec C. Croft*
        **Blaec C. Croft (*pro hac vice*)**
        **MCGUIREWOODS LLP**
        Tower Two-Sixty
        260 Forbes Avenue, Suite 1800
        Pittsburgh, PA 15222
        Telephone:  412.667.6057
        Facsimile:   412.402.4187
        Email: bcroft@mcguirewoods.com

        ***Counsel for Third-Party Plaintiff Santander Consumer USA Inc.***

**DONE AND ORDERED** this ___ day of _____, 2019 / 2020.

_____
Jennifer A. Dorsey
United States District Court Judge